No. 41298.—Protests 957189–G, etc., of New York Merchandise Co., Inc. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel marcel irons similar to those the subject of Abstract 38680 were held dutiable as household utensils at 40 percent under paragraph 339, and brass shells like those the subject of Abstract 37615 were held dutiable at 35 percent under paragraph 353.